Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shannon Curiel**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**California Accounts Service**<br><br>**Defendant.** | **Case No: 08 CV 0825 LAB NLS**<br><br>**Proof of Service** |

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Shannon Curiel,

vs

California Accounts Service,

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0825 LAB NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert L. Hyde
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. MAY 07 2008

CLERK DATE

K. [illegible]MERLY

By , Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

JOSHUA SWIGART, ESQ.(SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770
Attorney for : PLAINTIFF

Ref. No. : 1104260-01
Atty. File No. : 08CV0825LABNLS

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : SHANNON CURIEL
DEFENDANT : CALIFORNIA ACCOUNTS SERVICE

Case No.: 08 CV 0825 LAB NLS
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served : CALIFORNIA ACCOUNTS SERVICE
   b. Person served : MINA MONTOYA, OFFICE MANAGER (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served 329 VAN HOUTEN AVE
   EL CAJON, CA 92022 (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on May 21, 2008 (2) at: 01:15 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: CALIFORNIA ACCOUNTS SERVICE
   under [xx] CCP 415.95 (business org., form unknown)

7. **Person who served papers**
   a. GREG COLE
   b. KNOX ATTORNEY SERVICE, INC.
   2250 Fourth Avenue
   San Diego, California 92101
   c. 619-233-9700
   d. Fee for service: $74.25
   e. I am:
   (3) a registered California process server
   (i) an independent contractor
   (ii) Registration No.: 387
   (iii) County: SAN DIEGO, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 2, 2008

Signature: ______________________
GREG COLE