DAVID J. KAMINSKI, ESQ., (SBN #128509)
KaminskiD@cmtlaw.com
LARISSA G. NEFULDA, ESQ., (SBN #201903)
NefuldaL@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
SAN DIEGO ACCOUNTS SERVICE
dba CALIFORNIA ACCOUNTS SERVICE
erroneously sued as CALIFORNIA
ACCOUNTS SERVICE

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON CURIEL,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA ACCOUNTS SERVICE<br><br>Defendants. | CASE NO. 08 CV 0825 LAB NLS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff SHANNON CURIEL, by and through her respective counsel of record Robert L. Hyde, Esq. and by Defendant SAN DIEGO ACCOUNTS SERVICE dba CALIFORNIA ACCOUNTS SERVICE erroneously sued as CALIFORNIA ACCOUNTS SERVICE, by and through its respective counsel of record, David J. Kaminski, Esq., as follows:

That Defendant SAN DIEGO ACCOUNTS SERVICE dba CALIFORNIA ACCOUNTS SERVICE erroneously sued as CALIFORNIA ACCOUNTS SERVICE shall have an extension of time up to and including June 24, 2008, within which to answer or otherwise respond to Plaintiff's Complaint.

/ / /

The parties enter into this Stipulation because they are in the process of ongoing settlement negotiations and the parties reasonably believe, based upon such settlement negotiations, that they will likely resolve this lawsuit without Court intervention.

DATED: 6/9/08

HYDE & SWIGART

By [signature]
Robert L. Hyde, Esq.
Attorneys for Plaintiff, SHANNON CURIEL

DATED: June 9, 2008

CARLSON & MESSER LLP

By [signature]
David J. Kaminski, Esq.
Larissa G. Nefulda, Esq.
Attorneys for SAN DIEGO ACCOUNTS SERVICE dba CALIFORNIA ACCOUNTS SERVICE erroneously sued as CALIFORNIA ACCOUNTS SERVICE

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045