# Stricken Document