# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SHANNON CURIEL,

Plaintiff,

vs.

CALIFORNIA ACCOUNTS SERVICE,

Defendant.

CASE NO. 08CV0825-LAB

**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

On June 9, 2008, the parties filed a stipulation to extend the time to respond to the complaint, which the Court construes as a joint motion. *See* Electronic Case Filing Administrative Policies & Procedures Manual for the U.S. District Court for Southern District of California, § 2(f)(4).

For good cause shown, the joint motion is **GRANTED**. The date by which Defendant must respond to the complaint is hereby extended to **June 24, 2008**.

**IT IS SO ORDERED**.

DATED: June 12, 2008

[signature]

**HONORABLE LARRY ALAN BURNS**
United States District Judge