DAVID J. KAMINSKI, ESQ., (SBN #128509)
KaminskiD@cmtlaw.com
LARISSA G. NEFULDA, ESQ., (SBN #201903)
NefuldaL@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
SAN DIEGO ACCOUNTS SERVICE
dba CALIFORNIA ACCOUNTS SERVICE
erroneously sued as CALIFORNIA
ACCOUNTS SERVICE

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON CURIEL,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA ACCOUNTS SERVICE<br><br>Defendants. | CASE NO. 08 CV 0825 LAB NLS<br><br>**DEFENDANT SAN DIEGO ACCOUNTS SERVICE dba CALIFORNIA ACCOUNTS SERVICE'S ANSWER TO COMPLAINT** |

**COMES NOW** Defendant, SAN DIEGO ACCOUNTS SERVICE dba CALIFORNIA ACCOUNTS SERVICE erroneously sued as CALIFORNIA ACCOUNTS SERVICE ("Defendant"), appearing for itself and for no other person, firm or entity, files its Answer to the Complaint of Plaintiff, SHANNON CURIEL ("Plaintiff"), an individual, by admitting, denying and alleging as follows:

1. Answering Paragraph 1 of the Complaint, the allegations set forth are conclusions of law and therefore, no response is required thereto.

2. Answering Paragraph 2 of the Complaint, the allegations set forth are conclusions of law and therefore, no response is required thereto.

3. Answering Paragraph 3 of the Complaint, Defendant denies the allegations therein.

4. Answering Paragraph 4 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

5. Answering Paragraph 5 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

6. Answering Paragraph 6 of the Complaint, Defendants denies each and every allegation contained therein.

7. Answering Paragraph 7 of the Complaint, Defendant admits the allegation contained therein.

8. Answering Paragraph 8 of the Complaint, defendants are without knowledge or information sufficient to form a belief as to the truth of plaintiff's allegations, and, on that basis, deny each and every allegation contained therein.

9. Answering Paragraph 9 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

10. Answering Paragraph 10 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

11. Answering Paragraph 11 of the Complaint, Defendant admits the allegations contained therein.

12. Answering Paragraph 12 of the Complaint, Defendant admits the allegations contained therein.

13. Answering Paragraph 13 of the Complaint, Defendant admits the allegations contained therein.

14. Answering Paragraph 14 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

15. Answering Paragraph 15 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

16. Answering Paragraph 16 of the Complaint, Defendant admits the allegations contained therein.

17. Answering Paragraph 17 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

18. Answering Paragraph 18 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

19. Answering Paragraph 19 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

20. Answering Paragraph 20 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

21. Answering Paragraph 21 of the Complaint, admits the allegations contained therein.

22. Answering Paragraph 22 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

23. Answering Paragraph 23 of the Complaint, Defendant denies the allegations contained therein.

24. Answering Paragraph 24 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

25. Answering Paragraph 25 of the Complaint, Defendant is without knowledge or

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

26. Answering Paragraph 26 of the Complaint, Defendant denies the allegations contained therein.

27. Answering Paragraph 27 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

28. Answering Paragraph 28 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

29. Answering Paragraph 29 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

30. Answering Paragraph 30 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

31. Answering Paragraph 31 of the Complaint, Defendant denies the allegations contained therein.

32. Answering Paragraph 32 of the Complaint, Defendant denies the allegations contained therein.

33. Answering Paragraph 33 of the Complaint, Defendant denies the allegations contained therein.

34. Answering Paragraph 34 of the Complaint, Defendant denies the allegations contained therein.

35. Answering Paragraph 35 of the Complaint, Defendant admits the allegations contained therein.

36. Answering Paragraph 36 of the Complaint, Defendant admits the allegations contained therein.

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

37. Answering Paragraph 37 of the Complaint, Defendant denies the allegations contained therein.

38. Answering Paragraph 38 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

39. Answering Paragraph 39 of the Complaint, Defendant denies the allegations contained therein.

40. Answering Paragraph 40 of the Complaint, Defendant denies the allegations contained therein.

41. Answering Paragraph 41 of the Complaint, Defendant admits the allegations contained therein.

42. Answering Paragraph 42 of the Complaint, Defendant denies the allegations contained therein.

43. Answering Paragraph 43 of the Complaint, Defendant denies the allegations contained therein.

44. Answering Paragraph 44 of the Complaint, Defendant denies the allegations contained therein.

45. Answering Paragraph 45 of the Complaint, Defendant hereby incorporates all of the above paragraphs of this Answer as though fully stated herein.

46. Answering Paragraph 46 of the Complaint, Defendant denies the allegations contained therein.

47. Answering Paragraph 47 of the Complaint, Defendant denies the allegations contained therein.

48. Answering Paragraph 48 of the Complaint, Defendant hereby incorporates all of the above paragraphs of this Answer as though fully stated herein.

49. Answering Paragraph 49 of the Complaint, Defendant denies the allegations contained therein.

///

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

50. Answering Paragraph 50 of the Complaint, Defendant denies the allegations contained therein.

**PRAYER FOR RELIEF**

51. Answering Paragraph 51 of the Complaint, Defendant denies Plaintiff is entitled to the relief requested.

52. Answering Paragraph 52 of the Complaint, Defendant denies Plaintiff is entitled to the relief requested.

53. Answering Paragraph 53 of the Complaint, Defendant denies Plaintiff is entitled to the relief requested.

54. Answering Paragraph 54 of the Complaint, Defendant denies Plaintiff is entitled to the relief requested.

**FIRST AFFIRMATIVE DEFENSE**

55. As a separate, affirmative defense, Defendant alleges that the Complaint, and each and every purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action.

**SECOND AFFIRMATIVE DEFENSE**

56. As a separate, affirmative defense, Defendant alleges that the alleged actions of defendants were proper and did not violate any provisions of 15 U.S.C. § 1692 et. seq.

**THIRD AFFIRMATIVE DEFENSE**

57. As a separate, affirmative defense, Defendant alleges that at all times mentioned in the Complaint, Defendant acted lawfully and within its legal rights, with a good faith belief in the exercise of that right, and in the furtherance of a legitimate business purpose. Further, Defendant acted in good faith in the honest belief that the acts, conduct and communications, if any, of the Defendant was justified under the circumstances based on information reasonably available to this answering Defendant.

**FOURTH AFFIRMATIVE DEFENSE**

58. As a separate, affirmative defense, Defendant alleges that the alleged actions of the Defendant were not accompanied by actual malice, intent or ill will.

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

**FIFTH AFFIRMATIVE DEFENSE**

59. As a separate, affirmative defense, Defendant alleges that Defendant never engaged in any conduct which would violate Plaintiff's privacy rights.

**SIXTH AFFIRMATIVE DEFENSE**

60. As a separate, affirmative defense, Defendant allege that Defendant's conduct, communications and actions, if any, were privileged.

**SEVENTH AFFIRMATIVE DEFENSE**

61. As a separate, affirmative defense, assuming arguendo that this Defendant violated a statute alleged in the complaint, which presupposition the Defendant denies, such violation was not intentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

**EIGHTH AFFIRMATIVE DEFENSE**

62. As a separate, affirmative defense, Defendant alleges that the Plaintiff is barred from any recovery against this answering Defendant by the doctrine of laches.

**NINTH AFFIRMATIVE DEFENSE**

63. As a separate, affirmative defense, Defendant alleges that its conduct, communications and actions, if any, were privileged pursuant to Civil Code § 1785.32.

**TENTH AFFIRMATIVE DEFENSE**

64. As a separate, affirmative defense, Defendant alleges that it, at all times alleged in the complaint, maintained reasonable procedures created to prevent any type of intentional violations of the Fair Debt Collection Practices Act.

**ELEVENTH AFFIRMATIVE DEFENSE**

65. As a separate, affirmative defense, Defendant alleges that if Plaintiff was damaged in any sum or sums alleged, which Defendant denies, then Plaintiff's damages are limited by 15 U.S.C. § 1692(k)(a)(1), § 1692(k)(a)(2)(A), § 1692(k)(a)(3) and 15 U.S.C. § 1692(k)(b)(1).

///

///

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

**TWELFTH AFFIRMATIVE DEFENSE**

66. As a separate, affirmative defense, Defendant alleges that Defendant's conduct, communications and actions, if any, were privileged pursuant to 15 U.S.C. § 1692(k)©.

**THIRTEENTH AFFIRMATIVE DEFENSE**

67. As a separate, affirmative defense, Defendant alleges that if Plaintiff was damaged in any sum or sums alleged, which Defendant denies, then Plaintiff's damages are limited by California Civil Code Section 1788.30.

**FOURTEENTH AFFIRMATIVE DEFENSE**

68. As a separate, affirmative defense, Defendant alleges that the alleged actions of Defendant was proper and did not violate any provisions of California Civil Code Section 1788, et seq.

**FIFTEENTH AFFIRMATIVE DEFENSE**

69. As a separate, affirmative defense, Defendant reserves the right to allege and assert any additional and/or further affirmative defenses as become apparent to Defendant during the course of this litigation.

**WHEREFORE**, this answering Defendant prays,

1. That Plaintiff take nothing by reason of her Complaint;
2. For judgment in favor of Defendant, and against Plaintiff;
3. For costs of suit and reasonable attorneys' fees incurred; and
4. For such other and further relief as the Court may deem just and proper.

DATED: June 24, 2008

CARLSON & MESSER LLP

By /s/ David J. Kaminski
David J. Kaminski, Esq.
Larissa G. Nefulda, Esq.
Attorneys for SAN DIEGO ACCOUNTS SERVICE dba CALIFORNIA ACCOUNTS SERVICE erroneously sued as CALIFORNIA ACCOUNTS SERVICE

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045