DAVID J. KAMINSKI, ESQ., (SBN #128509)
KaminskiD@cmtlaw.com
LARISSA G. NEFULDA, ESQ., (SBN #201903)
NefuldaL@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
SAN DIEGO ACCOUNTS SERVICE
dba CALIFORNIA ACCOUNTS SERVICE
erroneously sued as CALIFORNIA
ACCOUNTS SERVICE

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON CURIEL,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA ACCOUNTS SERVICE<br><br>Defendants. | CASE NO. 08 CV 0825 LAB NLS<br><br>**CERTIFICATE OF SERVICE OF ANSWER TO COMPLAINT** |

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 5959 W. Century Boulevard, Suite 1214, Los Angeles, California 90045.

On **June 25, 2008**, I served the foregoing document described as: **ANSWER TO COMPLAINT** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST.**

[] **BY ELECTRONIC MAIL** : Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(BY MAIL)**
I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

☐ **(BY FACSIMILE)**
I transmitted via telecopier machine such document to the offices of the addressees.

☐ (BY PERSONAL SERVICE)
I hand-delivered said documents to the parties listed on the attached Service List.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 25th day of June, 2008, at Los Angeles, California.

Linda Brooks

**Shannon Curiel v. California Accounts Service**
Our File No. 05750.00

Robert L. Hyde, Esq.
Joshua B. Swigart, Esq.
**HYDE & SWIGART**
411 Camino Del Rio South, #301
San Diego, CA 92108-3551
Tel: (619) 233-7770
Fax: (619) 330-4657

Attorneys for Plaintiff:
SHANNON CURIEL