**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SHANNON CURIEL,<br>Plaintiff,<br>v.<br>CALIFORNIA ACCOUNTS SERVICE,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No.08cv825 LAB (NLS)<br><br>**NOTICE AND ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND SETTING *TELEPHONIC* SETTLEMENT DISPOSITION CONFERENCE** |

The parties notified the Court that they have agreed to settle this case. Therefore, the Court **VACATES** the Early Neutral Evaluation conference currently set for August 20, 2008. The Court **SETS** a ***telephonic*** Settlement Disposition Conference in this matter for ***September 19, 2008 at 9:30 a.m.*** before Magistrate Judge Stormes. Plaintiff's counsel shall initiate the conference call. The telephonic Settlement Disposition Conference will be taken off calendar if the parties file the appropriate dismissal papers before that time.

**IT IS SO ORDERED.**

DATED: August 19, 2008

Nita L. Stormes

Hon. Nita L. Stormes
U.S. Magistrate Judge