DAVID J. KAMINSKI, ESQ., (SBN #128509)
KaminskiD@cmtlaw.com
LARISSA G. NEFULDA, ESQ., (SBN #201903)
NefuldaL@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
SAN DIEGO ACCOUNTS SERVICE
dba CALIFORNIA ACCOUNTS SERVICE
erroneously sued as CALIFORNIA
ACCOUNTS SERVICE

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON CURIEL,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA ACCOUNTS SERVICE<br><br>Defendants. | CASE NO. 08 CV 0825 LAB NLS<br><br>**JOINT MOTION OF PLAINTIFF SHANNON CURIEL AND DEFENDANT CALIFORNIA ACCOUNTS SERVICE TO DISMISS ENTIRE ACTION, WITH PREJUDICE** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff SHANNON CURIEL and Defendant SAN DIEGO ACCOUNTS SERVICE dba CALIFORNIA ACCOUNTS SERVICE erroneously sued as CALIFORNIA ACCOUNTS SERVICE hereby jointly file this Motion to Dismiss the above-entitled action, in its entirety, with prejudice. The parties have settled the above-entitled action in its entirety.

///

///

///

///

///

The parties acknowledge that settlement is complete, and that the action may be dismissed with prejudice forthwith. Each party to bear their own costs and expenses.

DATED: September 12, 2008

**HYDE & SWIGART**

By s/Joshua B. Swigart
Joshua B. Swigart, Esq.
Attorney for Plaintiff, ERICA WELKER
E-mail: josh@westcoastlitigation.com

DATED September 12, 2008

**CARLSON & MESSER LLP**

By s/David J. Kaminski
David J. Kaminski, Esq.
Larissa G. Nefulda, Esq.
Attorneys for Defendant,
SAN DIEGO ACCOUNTS SERVICE
dba CALIFORNIA ACCOUNTS SERVICE
erroneously sued as CALIFORNIA
ACCOUNTS SERVICE

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045